Edwin D. Buell, appellant, v. Western News Company, appellee. Gen. No. 38,010.

Heard in the first division of this court for the first district at the February term, 1935. Opinion filed June 17, 1935. Rehearing denied and opinion modified July 2, 1935.

Wisner, Davis & Walsh, for appellant. Gann, Secord & Stead, for appellee; Loy N. McIntosh, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

National Life Insurance Company, appellee, v. Diana Feldman et al,. appellants. Gen. No. 38,098.

Heard in the first division of this court for the first district at the April term, 1935. Opinion filed June 17, 1935.

William Feldman, for appellants. Eckert & Peterson, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

William J. Doyle, appellee, v. The Prudential Insurance Company of America, appellant. Gen. No. 38,055.

Heard in the first division of this court for the first district at the April term, 1935. Opinion filed June 17, 1935.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Thomas M. Morris, for appellee; Joseph D. Bryan and Henry E. Saks, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Nellie I. Cogger, appellee, v. The Prudential Insurance Company of America, appellant. Gen. No. 38,104.

Heard in the first division of this court for the first district at the April term, 1935. Opinion filed June 17, 1935.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Watkins & TenHoor, for appellee; Carl N. Howig, of counsel.

Mr. Justice McSurely delivered the opinion of the court.